PAID

FILED
CLERK, U.S. DISTRICT COURT

12/22/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____eee_____ DEPUTY

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON

GREGORY R. HOLMES

YOUTUBE LLC

COMPLAINT FOR
COPYRIGHT THEFT
DAMAGES AND PRAYER
FOR RELIEF

2:23-CV-10759-SB-Ex

## INTRODUCTION

1) Plaintiff, in Pro Per, Todd Michael Schultz is suing Michael Christopher Thompson of Kentucky for the theft of the copyrighted materials This Old Hotel and Hollywood Stories: The Tapes. Mr. Thompson was sued for the same reason in May, but plaintiff did not have the ownership of these copyrights at that time. Mr. Thompson, since a hearing held at Beverly Hills Courthouse in case 23SMCV05033, where he is being sued for conspiracies to

1
Complaint For Damages and Prayer For Relief

defame, inflict emotional distress, and destroy the reputation of Mr. Todd Michael Schultz. He also intended to place plaintiff in distress during actual litigation. The Preregistration number is PRE000013158 and Titled: A Hollywood Story: The Todd Michael Schultz Story of which I am the sole author.

2) YouTube is a conpsirator per fact as they were already sued for this same set of circumstances and continued to allow Mr. Thompson publish my content from what was referred to in the prior case 2:23-cv-03452-JAK-MRWx under Judge Kronstadt. This infringement also consitutes conspiracy in gangstalking and defamation for all parties.

## JURISDICTION

3) Copyright law is federal and the District Court has jurisdiction for copyright infringements.

## Venue

4) The Central District of California - Los Angeles is the most proper place for this matter because it is the most convenient for plaintiff.

## PARTIES

5) Todd Michael Schultz lives in Los Angeles california and is the sole author of the vast majority of materials.

6) Michael C. Thompson and Gregory R. Holmes are conspirators in this scheme to use copyright infringement as a manner of reputation destroyal.

7) YouTube had all warnings and permitted the channel to exist.

8) After a hearing on December 14th, 2023, in a matter for gangstalking and cyberbullying conspiracy, in which Thompson and Holmes were under suit for such activities, Thompson published many videos using my preregistered work, "A Hollywood Story: The Todd Michael Schultz" story. It is preregistered under the number PRE000013158. This preregistration is described as this: "It is a work on cyberstalking and copyright infringement actually and I would like to include every livestream ive ever posted on my Youtube Channels. It could end u being a 7-9 hour work and delivered serially, but it's a good cause and a worthy subject for someone who has been put through the mill, as Judy might say."

9) As of today, Thursday December 21st, at 7:27 PM, the following titles are posted to Thompson's YouTube channel, formerly known as "Hollywood Laughingstock" and currently titled "Cases Dismissed" with the handle @vexatiousloser (i.e. www.youtube.com/@vexatiousloser). All of the following titles represent preregistered materials owned by myself and will be registered in the near future for a film or miniseries.

1) 2-28-21: An unprovoked Todd threatens me, says I will "learn my lesson" and tells me to do my worst

2) Todd Michael Schultz says he called FBI on me & he's out to get people's houses 8-26-

3) Todd calls police on me again, threatens to file a complaint against their dept. 7-29-21

4) Todd Michael Schultz repeatedly says the N word in a desperate attempt to get attention 7-31-21

5) Todd calls police on me for being part of a celebrity-stalking Satanic cult 7-28-21 (TUM11)(CLIPPED)

6) Todd says I belong in a Maximum Security prison & swears he is very

famous 7-28-21 (TUM10)(CLIPPED)

7) Todd crabwalks into the kitchen to talk to Bret, says the Apocalypse is nigh 7-28-21 (TUM4)(CLIPPED)

8) Seriously Todd WTF is wrong with you - zero respect for Bret or his loved ones.

9) Todd Schultz commits defamation per se and accuses me of being a criminal

10) Todd Schultz says people should find someone to frivolously sue, he's a 'very litigious person' 7-21

11) Todd Schultz dares building management to kick him out, says they cannot do it 7-10-21

12) Todd asks if his building management engaged in conspiracy against him with me 7-10-21

13) Todd bashes Black Lives Matter, laments that Jeff Bezos won't give him " charity" 6-11-21 (CLIPPED)

14) Todd admits that he is on drugs and denies he has ever "doctor shopped" 4-28-21 (CLIPPED)

15) Todd's Total Meltdown part 4: Todd is going to send me to prison & more 4-28-21 (CLIPPED)

16) Todd's Total Meltdown part 3: Todd gives a motivational speech to the audience 4-28-21 (CLIPPED)

17) Todd's Total Meltdown part 2: he's suing everyone, says to admit I'm a bad person 4-28-21 (CLIPPED)

18) Todd's Total Meltdown part 1: Todd rages, his critics will all go to prison & more 4-28-21 (CLIPPED)

19) Seriously Todd WTF is wrong with you - zero respect for Bret or his loved ones.

20) Todd Schultz commits defamation per se and accuses me of being a criminal

21) Todd Michael Schultz "doesn't care" if customers of his "business" get products on time (CLIPPED)

22) Todd says Sia is "fair game" since she's famous (CLIPPED)

23) Todd Schultz says Dylan Farrow is a liar and Ronan Farrow "uses the truth to lie"

10) Thompson has been doing this for years and has been and is being sued causes of action related tangentially to the copyright infringement. The aforementioned list was only what was published at the time of writing, on Thursday December 21st and 2023. The preregistration effective date is September 28th, 2023. There are at least 50 more examples of this infringement that is claimable with the preregistration, which includes all of my YouTube Livestreams. There are likely 100s of instances of this activity on YouTube since 9/28/2023. This suit will be amended with a full list.

11) The date of anticipated publication has been obstructed by ongoing litigation but is more likely to release at the end of the first quarter of 2024.

## Prayer For Relief

12) I request statutory damages for every act of infringement that occured with my YouTube livestreams starting from 9/28/2023 as deemed by copyright law. from Thompson and Holmes individually.

13) I request $2,000,000 in special damages for emotional distress from Thompson and Holmes individually.

14) I request $10,000,000 damages from YouTube for actively knowing and abetting this dangerous behavior and statutory damages applied to every instance that occurred on their platform.

15) I request injunctive relief in the form of Thompson and Holmes being compelled not to use YouTube, and for YouTube to identify the reasons for such a horrific err of judgment in their behavior for the last 6 months.

I declare under penalty of perjury that everything I have written in the above is true.

Dated Thursday the 21st of 2023

Signed by

Todd Michael Schultz

In Pro Per