NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd Michael Schultz in Pro Per
818 N Doheny Dr #1108
West Hollywood, CA 90069

FILED
CLERK, U.S. DISTRICT COURT

12/22/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

ATTORNEY(S) FOR: Todd Michael Schultz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Michael Schultz<br>Plaintiff(s),<br>v.<br>Michael C. Thompson<br>Gregory R. Holmes<br>YouTube LLC,<br>Defendant(s). | CASE NUMBER:<br>2:23-CV-10759-SB-Ex<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Todd Michael Schultz _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael C. Thompson | Defendant |
| Gregory R. Holmes | Defendant |
| YouTube LLC | Defendant |
| Todd Michael Schultz | Plaintiff |

Thursday, Dec 21st 2023
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

Todd Michael Schultz

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES