Name: Todd Michael Schultz
Address: 818 N Doheny Dr #1108
West Hollywood, CA 90069
Phone Number: 310-435-5847
Email Address: toddschultz86@gmail.com
Pro Se

FILED
CLERK, U.S. DISTRICT COURT

12/28/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Todd Michael Schultz

PLAINTIFF(S)

v.

Michael C. Thompson
Gregory R. Holmes
YouTube LLC

DEFENDANT(S)

CASE NUMBER

2:23-cv-10759-SB-E

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: December 28, 2023

Signature: /s/ Todd Schultz

CV-005 (02/20)  APPLICATION FOR PERMISSION FOR ELECTRONIC FILING