Todd Michael Schultz
818 N Doheny Dr #1108
West Hollywood, CA 90069



FILED
CLERK, U.S. DISTRICT COURT
1/3/24
CENTRAL DISTRICT OF CALIFORNIA
BY: CS           DEPUTY

## DISTRICT COURT OF CALIFORNIA
## CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY HOLMES
YOUTUBE LLC

2:23-cv-10759-JAK-MRW

AFFIDAVIT AND EX PARTE REQUEST FOR EMERGENCY INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER FROM MICHAEL C THOMPSON AND GREGORY HOLMES

## MEMORANDUM

Since February 28, 2023, Thompson and Holmes have set out to destroy my reputation through massively illegal copyright infringements, defamation - both slander and libel ad nauseum. Currently, I sued them for the blatant infringements on content Judge Kronstadt saw in case 2:23-cv-03452-JAK-MRWx. I have a preregistration as of December 21st that has an effective date of September 28th, 2023. I therefore learned of hundreds of previously posted infringements being reposted as of December 21st and have until 30 days to fulfill the copyright which I intend to do by the clip. Thompson is liable for copyright infringment and my attorney fees as well as, and perhaps in lieu of attorney fees, shall pay my copyright fees so that I may fulfill the legal obligation.. He continues to stalk and harass me now directly as I campaign for the presidency. He claims I have violated his rights, but I have done no such thing at any given time. I have only

1
AFFIDAVIT AND EX PARTE REQUEST FOR TRO

been truthful and sincere and Thompson and Holmes are a sincere danger to my life. I plea to the court for injunctive relief in the form of a temporary restraining order and an expedited clairification on copyright claims. It will be a potentially novel copyright case, but I will use the Sullivan case, of 33 paintings, each of which were part of a larger work, but still were considered works in of themselves. I argue that all defendants are liable by the hundreds even since 9/28/23. Hundreds and hundreds of videos of my content that I had previously sued him for on Google Drive, YouTube, he was still torturing other innocent people online in all this time. As was Holmes. Due to such grave circumstances, I ask that the court grant a restraining order against Thompson and Holmes so that they may not speak to me in any Space on X, Facebook post, YouTube chat,(they have harrassed me under strange aliases ad nauseum STILL. After 5 months in court, in this very court, after every attempt I made to explain the situation to Thompson and Holmes, they persisted as children and have no concept of the law or decency unfortunately and must be restrained by the court. Thompson has threatened me verbally several times in the past two days.

I declare this is true under penalty of perjury.

Dated January 2nd, 2024    Signed Todd Michael Schultz in Pro Per