**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| TODD MICHAEL SCHULTZ, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | LA CV23-10759 JAK (MRWx) |
| v. | |
| MICHAEL C. THOMPSON, et al., | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by _____ is hereby:     Plaintiff

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: January 3, 2024

United States District/Magistrate Judge

☐ DENIED

*Comments:*

Dated: _____

United States District/Magistrate Judge