TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

2:23-CV-10759-JAK-MRW

AFFIDAVIT IN SUPPORT OF
EMERGENCY TRO AGAINST
MICHAEL C. THOMPSON AND
GREGORY HOLMES

## MEMORANDUM

1) Defendant Thompson continues to harass plaintiff Schultz incessantly. Last night around 12:41 AM he messaged me "Hi Bret, Sorry Todd is ass@d." Something similar to this from an account called LucyPur10k (roughly). He retracted the comment using YouTubes messaging tools. That he has been allowed to continue this behavior with no will from Google. Why does Google not have the capacity to protect peaceful assembly on its platform? Thompson and Holmes' actions are their own, but YouTube is a very suspicious actor in this situation and clearly has no functional

1
EX-PARTE MOTION FOR CLARIFICATION

moderation functionality. They cannot and will not prevent Thompson from continuously harassing my live chat. I have 5 games in iOS store. I have 50 or so songs available on Spotify. I have written a novel. Thompson and Holmes are liable for the damage done to my reputation as they engaged in a years long harassment campaign, as I have been telling the courts. I hope this additional information will grant the TRO requested Ex Parte. It is not possible for me to serve Thompson and Holmes. Every interaction is an attack and as Thompson has also claimed to possess 80 gb of video and material on me. This is a bad indication and it seems to support all of the claims I have asserted since May in the previous suit (2:23-03452-JAK-MRW). I have been pleading for help from every agency. He persists stalking addictively and obsessively. A restraining order is required despite any outcome. He has engaged in defamation all over X spaces now, as well, recruiting other individuals to help him. A woman from the UK (alias Lanark107) came up to a space and iterated Thompson and Holmes' talking points. Thompson, Holmes and their activities must be investigated and point towards something that manifests as human trafficking. He is out of control, legally illiterate and I believe mentally deeply unwell. A restraining order would give me greater capacity to pursue what will be seen as an underdog campaign for the highest office in the land. This would be the true interpretation to section 230. As of now, YouTube has deleted Thompson's channels as of last month - likely due to violation of terms of service. Why did they not cooperate at any juncture to stop Mr. Thompson till now? If they admit the accounts were closed due to ToS violations, then Google is much more likely to have both lied in the previous case from May, and to have perjured themselves or obfuscated strong evidence with a human life in the balance - my own.

I declare under penalty of perjury that everything stated above is true to the best of my knowledge.

Dated January 4th, 2023        Signed By Todd Michael Schultz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Todd Michael Schultz

**PLAINTIFF/PETITIONER**

V.

Elon Musk

**DEFENDANT/RESPONDENT**

CASE NUMBER

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Todd Michael Schultz _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. In 2022, I made 45k as a salesperson for a grocery sales company and have not worked this year. I've made less than 2 thousand personally.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   | Source | Yes | No |
   |---|---|---|
   | Public benefits? | ☐ | ☒ |
   | Business, profession or form of self-employment? | ☐ | ☒ |
   | Rent payments, interest or dividends? | ☐ | ☒ |
   | Pensions, annuities or life insurance payments? | ☐ | ☒ |
   | Gifts or inheritances? | ☐ | ☒ |
   | Any other income (other than listed above)? | ☐ | ☒ |
   | Loans? | ☐ | ☒ |
   | Any other income (other than listed above)? | ☒ | ☒ |

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: I live with my best friend who gives me money as needed.

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable) ☒ Yes ☒ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. Less than 1000k in any give month of the past 6.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

If you answer is yes, describe the property and state its approximate value:

5. In what year did you last file an Income Tax Return? 2019 possibly. I still have to file for 2022.

Approximately how much income did your last return reflect? less than 10k

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: n/a

7. Estimate your average monthly expenses below:

| Expense | Amount | Expense | Amount |
|---|---|---|---|
| Housing | 0 | Credit Cards | 500 |
| Transportation | 400 | Child Care | 0 |
| Food | 0 | Insurance | 700 |
| Medical | 250 | Loans | 0 |
| Utilities | 0 | Other | 0 |

California
State

Los Angeles County
County (or City)

I, Todd Michael Schultz declare under penalty of perjury that the foregoing is true and correct. Executed on:

January 4th, 2024
Date

Plaintiff (Signature)