FILED
CLERK, U.S. DISTRICT COURT
1/5/24
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
CENTRAL DISTRICT - LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

2:23-CV-10759-JAK-MRW

EX-PARTE APPLICATION FOR CLARIFICATION ON PREREGISTRATION DATES AND DEADLINES TO REGISTER, RELIEF IN LEGAL BILLS AND SCRUTINY OVER PAST STATEMENTS AND ASSOCIATED RELIEF

## MEMORANDUM

1) Plaintiff, in Pro Per, Todd Michael Schultz filed the suit in this matter upon learning that the Preregistration for A Hollywood Story: The Todd Michael Schultz Story was confirmed on December 21st, 2023. This was the date that plaintiff learned of the actionable infringements occuring after 9/28/23, as no suit may be brought without registration. Preregistration allows me to assert the copyright over a work that is being finalized. I would like to clarify that I have until January 21st, 2024 to finalize this registration at the minimum,

1
EX-PARTE MOTION FOR CLARIFICATION

at the very earliest to file for Registration on the Preregistered product. This will be a long work, consisting of dozens of hours of material and as the defendants perjured themselves in State Court, defamed me and caused great distress with their legal tactics, I would like to be assured that I will have some time to assemble the final work and that Thompson and Holmes will return all of their stolen works and provide a list of uploads. Even without a full accounting, I have at least around 100 major infringements that are defamatory and blatantly illegal. I ask that all mp4 files of content provided for under my preregistration be returned to me from Mr. Thompson as soon as possible so that I might assemble the work properly. These are stolen works and belong to me in full.

    2) Clarification on the date needed for registration of the currently pre-registered work is required so that I may submit timely. I learned of the infringements actual viability on the 21st when I received the prereigstration and since then many uploads of my content, publications of my content have taken place on YouTube.com, Odyssee (a similar website) and Google Drive. I request that all works be returned to me and that a date be named for copyright finalization. I also request that Thompson and Holmes pay my lawyers fees provided that I hire co-counsel. I will remain lead counsel on my case, though per copyright law, as I understand it, I am owed legal bills. I plead with the court to answer the attached relief and to do so with the understanding that these were willful infringements meant only to do harm to my reputation and prevent me from succeeding in any are of my life. This was a multiple year spanning concerted and ongoing effort for which I seek maxiumum relief. I ask that the gravity of such offenses be weighed when providing deadlines, but will abide the court's rulings. Thompson and Holmes have taken to

defamation throughout the aforementioned trials and I request that they be ordered to cease all communications with plaintiff during the trial. The scope of their defamation campaign is wide and the potential conspiracy with Google, whom was permitting and condoning such behavior, be factored in and that Google be immediately compelled to pay attorney's fees so I may hire co-counsel. They have been sued twice already on this issue. This is a new suit and a new cause of action as I have obtained the preregistration rights to assert my work. The channel in question (currently titled www.youtube.com/@vexatiousloser EXHIBIT-A series) is the same channel as the "Hollywood Laughingstock" Channel referenced in 2:23-cv-03452-JAK-MRWx and was litigated from May to October, then refiled in State Court on October 25th. If possible, I ask that the court condense all causes of action, including cyberstalking, harassment, conspiracy to commit intentional infliction of emotional disress into this one trial for expedience.

3) This suit should be no surprise to any defendants, as they were all put on due notice as of May and June 2023 when the federal suit was filed. Conor Tucker, former counsel for Google, attempted to request a ruling of immunity without subject matter jursidiction under Judge Kronstadt. I ask that this be looked into and questioned. Did Mr. Tucker believe that a judge could give immunity without jurisdiction. It is highly unlikely. This leaves the belief that he was under the impression that a judge would give him a ruling without jurisdiction. Judge Kronstadt DENIED this request, and stated there was no precedent for such ruling. If Mr. Tucker did this under false pretenses, or whatever pretense, it should be investigated to ensure he did not expect any "friendly" judges that may be biased in favor of a large corporation like Google.

## PRAYER FOR RELIEF

4) I request that as soon as it's determined copyright infringement took place on the works described under the preregistration, the defendants be compelled to pay legal bills. "preregistration — a procedure that allows certain copyright owners to file an action for infringement and seek statutory damages and attorney's fees in cases where the work was infringed before the copyright owner completed the work and released it to the public."

5) I request an order of protection from Mr. Thompson, who has a histroy of stalking me. Today, he again threatened me that I would be homeless and admitted to having 80 gigabytes of my video content. I ask that he be compelled to return all of my content to me.

6) I request that Google be held just as liable as Thompson and Holmes for their willfull disregard of an issue they were fully aware of.

7) I request an order of protection from Google as well, in the event of the unthinkable.

8) I request that the earliest date for acquiring copyright be designatied the 21st of January 2024, if not later, so that more time be given so that I may place my attentions on this project with all of the stolen material, which will reflect the dangers of copyright inringement, livestreaming and social media platforms as well as the importance of owning a copyright registration.

9) I request an expedited litigation process of this matter and that a clear determination be made as soon as possible. The facts are a matter of law, as platiniff undertands and does not require excessive scrutiny to determine the violations that have taken places but only to determine the precise extent of violations.

10) All Copyright claims regarding Thompson and Holmes and Google dealing with the preregistration number named are to be consolidated in this case. This suit is not identical to the previous suit, but the damages requested extend for 3 years per the statue of limitations. Post 9/28/23, the statutory damages shall be applied to every single infringement at the maximum penalty of $150,000 USD.

11) I ask that Google be compelled to provide an answer to the permitting of such a campaign and to describe the potential reasoning behind it's occurrence, whether they deny or not, it ought be deemed as a matter of public interest and "need-to-know" designation.

12) I ask that any any deficient paperwork be designated such that I may understand every problem with my briefs and motions, and that this be afforded to all counsel equally.

13) I ask that consideration into the bizarre nature of the events that have unfolded un der the sole discretion of YouTube LLC be gravely considered and investigated and inquired into by the court and consider the issue a matter of public good and that should this be going on elsewhere, it be quickly determined byYouTube LLC a response, as plaintiff contends the experience wreaks havoc and pain on an inviduals life, therefore, is likely illegal and aiding and abetting.

14) I ask that the court determine the issue of "matter of law" ruling as soon as possible. As of now it seems Thompson and Holmes are without a lawyer, though they are duly aware of the suit and have been stalking, defaming and harassing me.

Dated January 5rd, 2023

*Todd Michael Schultz*

in pro per

5

Ex Parte For Clarification

# EXHIBIT A series



**PERJURY ARCHIVE**

@weeniousloser · 245 subscribers · 179 videos

A catalogue of threats, illegal activity, slander, libel, defamation, intense drug abuse and inc... >



Home  Videos  Playlists  Community

### Bret Easton Ellis' Domestic Violence Restraining Order against...

134 views · 2 weeks ago

I am NOT the person in this video. These videos are being mirrored for documentary purposes to provide evidence of Todd Schultz' criminal behavior (and general outrageousness) online.

All the videos, songs, images, and graphics used in the video belong to their respective owners and neither I or this channel claims any right over them...

### The Worst of Todd ▶ Play all

    

   

Moments after 'apology', Todd gets mad I won't accept, starts...
30 views · 7 months ago

Todd apologizes to me, says it's none of his business what I do,...
91 views · 7 months ago

Posing as Bret Easton Ellis, Todd says I'm in a Satanic cult and he...
154 views · 7 months ago

Todd encourages everyone on Twitter to file lawsuits as he...
122 views · 7 months ago

 

Todd says people love when he says 'defamation' bc they want him to p...
8 views · 7 months ago

A happy, laughing Todd says he wants to make more content for...
18 views · 7 months ago

Todd says 'Meth Clown Diary' video that appeared on HLS channel is...
3 views · 7 months ago

Todd admits that he is a 'creep', he's embarrassed about his behavior,...
10 views · 7 months ago

   

# EXHIBIT A SERIES 1/2
































**EXHIBIT A SERIES 2/2**