TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

In Pro Per

## DISTRICT COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

2:23-cv-10759-JAK-DTB

vs.

AFFIDAVIT IN SUPPORT OF
CRIMINAL PROSECUTION FOR
LA SUPERIOR COURT INVOLVED
IN CLEAR WIDESPREAD RICO

DEFENDANTS

LA SUPERIOR COURT
STACEY DOE
JOHN DOE
HON. MICHAEL E. WHITAKER

### MEMORANDUM

1) The Superior Court of California is horribly rigged and crooked beyond repair. There must be arrests made in light of all of the information, from Britney Jean Spears to Todd Michael Schultz. The Courts have failed. And it should be asked the connection between GOOGLE and the COURT. Is there one? I demand the court heal the issue immediately in light of overt evidence.

Dated Monday, January 22nd 2024    Signed by Todd Michael Schultz in Pro Per

1

Complaint for Damages For Deprivation of Constitutional Rights