TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

## DISTRICT COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

LA SUPERIOR COURT
JANE DOE aka "STACEY DOE"
JOHN DOE
HON. MICHAEL E. WHITAKER

2:23-cv-10715-JAK-DTB

APPLICATION FOR DEFAULT JUDGMENT BY CLERK; REQUEST FOR SANCTIONS FROM JUDGE BRISTOW AND DEFENDANTS AND IMMEDIATE TRANSFER OF FUNDS TO PLAINTIFF

## INTRODUCTION

1) A default judgment in plaintiff's favor is now mandatory. Immediately. Funds should be deposited and I requested sanctions from Judge Bristow and all defendants.

Dated January 29th, 2024   Signed by Todd Michael Schultz in Pro Per

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

2:23-cv-10759-JAK-MRW

**BRIEF ON ORDER TO SHOW CAUSE ON WHY PLAINTIFF IS NOT A VEXATIOUS LITIGANT**

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC.

## MEMORANDUM

1) Todd Michael Schultz, plaintiff, in pro per, created the materials Defendants Thompson, Holmes and YouTube LLC have used without his permission. Plaintiff has created two films using the stolen materials and copyrighted them in 2023 on two separate occasions. The films "This Old Hotel" and "Hollywood Stories: The Tapes" are two of these films. Plaintiff owns the material Thompson has, is and continues to publish, as permitted by YouTube LLC and explicitly encouraged and propogated financially and emotionally and conspiratorally by Holmes. Plaintiff has had his reputation destroyed, denied and his life torn to shreds. Thompson and Holmes and it would seem YouTube all desired this outcome. For defendants to hold such beliefs is not the purview of the court, the actions, publication of plaintiff's copyrighted content, intentional infliction of emotional distress and defamation ad nauseum purported and underlied by YouTube's sole discretion and abusive litigation tactics, these things are. They are illegal. At what juncture did plaintiff ever do anything "vexatious" in any of the filings? Even one? If the court cannot show cause to ask plaintiff if he is vexatious, then why has he been asked? What grounds are there to assume vexatiousness? Is plaintiff being sued? No. Plaintiff, in pro per, is seeking remedy for damages caused by defendants. Further, PRE00013158 is the preregistration number allotting for all of hundreds of materials explicitly published by defendants when they were warned not to. This is matter of law.

Dated January 30th, 2024   Signed by Todd Michael Schultz in Pro Per