TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

## DISTRICT COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

PLAINTIFF

   TODD MICHAEL SCHULTZ

         vs.

DEFENDANTS

   MICHAEL C. THOMPSON
   GREGORY R. HOLMES
   YOUTUBE LLC.

2:23-cv-10759-JAK-MRW

AFFIDAVIT IN
SUPPORT OF BRIEF ON
ORDER TO
SHOW CAUSE ON WHY
PLAINTIFF IS NOT A
VEXATIOUS LITIGANT

### MEMORANDUM

1) The court is wrong to say that anything I filed was frivolous or absent an emergency. I have been stalked. As I have said from the very beginning, with ominous and terrifying frequency and consistency, denied the right to speech without ad nauseum harassment. I am sickened to the point of bed rest many days because of the harassment. I have done everything within my power to conduct the process of these lawsuits, which are all merited beyond belief, and I shocked myself that I find myself filing them but for Judge Kronstadt to state that there were any instance "absent an emergency" would be a patent falsehood. Emergency is not for the court to decide, it's for the plaintiff to explain and the court to determine. The courty has hiterto ignored all cries from myself, which has confused me in inordinate ways and caused great agony. I continue the fight for my right to exist as a person on the basis of fair and just laws and decent treatment, including from the court and the Honorable Judge Kronstadt. Judge Kronstadt has stated what amounts to falsehoods in his order to show good cause, because plaintiff has never done anything but show good cause, per his "request to show good cause" to Judge Wilner, who did NOT sanction plaintiff, as plaintiff demonstrated sufficient cause. Judge Kronstadt provided me GOOD SUFFICIENT CAUSE to proceed on a THIRD AMENDED COMPLAINT which yielded legal forces where plaintiff was able to refile with copyright registration dond invoke jurisdiction in this very court. I ask that the court speak with me directly before issuing any other character statements on my behalf.

Dated January 30th, 2024   Signed by Todd Michael Schultz in Pro Per

AFFIDAVIT IN SUPPPORT OF RESPONSE TO 'VEXATIOUS LITIGANT' ORDER