TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

2:23-cv-10759-JAK-MRW

REPLY BRIEF ON ORDER TO SHOW CAUSE ON WHY PLAINTIFF IS NOT A VEXATIOUS LITIGANT

## MEMORANDUM

Todd Michael Schultz, plaintiff, in pro per, created the materials Defendants Thompson, Holmes and YouTube LLC have used without his permission. Plaintiff has created two films using the stolen materials and copyrighted them in 2023 on two separate occasions. The films "This Old Hotel" and "Hollywood Stories: The Tapes" are two of these films. Plaintiff owns the material Thompson has, is and continues to publish, as permitted by YouTube LLC and explicitly encouraged and propogated financially and emotionally and conspiratorally by Holmes. Plaintiff has had his reputation destroyed, denied and his life torn to shreds. Thompson and Holmes and it would seem YouTube all desired this outcome. For defendants to hold such beliefs is not the purview of the court, the actions, publication of plaintiff's copyrighted content, intentional infliction of emotional distress and defamation ad nauseum purported and underlied by YouTube's sole discretion and abusive litigation tactics. The case mainly rests on a foundation that is matter of law (i.e. copyright law) of the preregistered title PRE00001518. PRE000013158

REPLY ON ORDER TO SHOW CAUSE RE: "VEXATIOUS LITIGANT"

At what juncture did plaintiff ever do anything "vexatious" in any of the filings? Even one? If the court cannot show cause to ask the plaintiff if he is vexatious, then why has he been asked? Is plaintiff being sued? No. He has done nothing to warrant it. Plaintiff, in pro per, is seeking remedy for damages caused by defendants which occurred under major violation of federal copyright law. Defendants explicitly published, left published, violated my copyright after being told distinctly not to. This is a matter of law case, as are all of plaintiff's cases in plaintiff's view. The circumstances are exceptional and bizarre, but they are what plaintiff has stated in his briefs. All defendants in this instance are liable for copyright damages and should be looked into for further crimes in a criminal action, which plaintiff does not have the ability to start. Plaintiff has called every law enforcement agency. They do not know the law and they do not enforce it. That is why we are here, in civil court. Plaintiff has one form of action available to him and it is civil. Is this not the case?

Dated January 31st, 2024    Signed by Todd Michael Schultz in Pro Per