**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Todd Michael Schultz<br><br>PLAINTIFF(S)<br>v.<br>Michael C. Thompson et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:23-cv-10759-JAK-MRW<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 1/30/2024 | 22 | Affidavit |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:
  Document contains the incorrect case number and is filed in the incorrect case/court.

Dated: 1/31/2024            By: _____
                                 U.S. District Judge / U.S. Magistrate Judge