TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

2:23-cv-10715-JAK-DTB

MOTION FOR JUDICIAL
CLARIFICATION RE: OSC
"VEXATIOUS" LITIGANT

## MEMORANDUM

Plaintiff in pro per requests that the court make clear what is "patently" frivolous about any of his filings. When plaintiff heard back on the Ex Parte requests, plaintiff, in pro per and without much legal experience, learned not to file them and did not continue badgering. Still, there is nothing "patently" frivolous about any of my lawsuits, motions, briefs, or anything of the sort. If Judge Kronstadt believes that plaintiff has filed a "patently" frivolous lawsuit in any instance, let him show the plaintiff why it is so "patently" frivolous. Plaintiff professes that while unprecedented, every lawsuit is justly and fairly filed and no sanctions, motions or anything of the sort can be deemed vexatious in any capacity and most certainly not "patently" frivolous, which is a slander on plaintiff's character. In reponse to Conor Tucker's filing, plaintiff iterates the truth in every single email and refutes any notion that anything he has done is vexatious or frivolous and if he is not given due reason to understand his own lawsuits as "patently" frivolous, then it should NOT be determined until as such a trial has been performed. I would NEVER file a frivolous lawsuit. Ever. It's simply not within my character and I refute the court's statements from the OSC. They are not accurate.

Dated February 4th, 2024   Signed by Todd Michael Schultz in Pro Per

1
THIRD APPLICATION FOR SUMMARY JUDGMENT; SANCTIONS ON BRISTOW