# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL C THOMPSON, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−10759−JAK−MRW<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __02/05/2024__ | __28__ | __Motion for Judicial Clarification__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: February 6, 2024         /s/ *John A. Kronstadt*
                                United States District Judge