TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per



FILED
CLERK, U.S. DISTRICT COURT

2/5/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

2:23-cv-10759-JAK-MRW
MOTION FOR JUDICIAL
CLARIFICATION EFILING

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC

## MEMORANDUM

The court has not held even ONE hearing in any of the cases it is intimating are "patently" vexatious. This does not make sense. The Judge has not heard plaintiff and still harshly critiques and abuses plaintiff's good name. This is not just. Shall we have a hearing or does the court deny to hear the case? I have done nothing wrong, and do my best to comport with the judiciary. I do not agree with the statements coming from the court and am alarmed and concerned with the state of justice in the District Court and will pursue justice in all areas. I think it is so hasty as to inspire curiousity as to how a plaintiff like myself could go so long without ACTUALLY BEING HEARD. That is testimony in and of itself. And I will not ever back down on any of these lawsuits without grounds. The court has no grounds for such harshness with plaintiff who has sacrificed EVERYTHING for the good of the people. Plaintiff has shown nothing but good faith and will stand by everything he has sad, done and filed and will not be silent in the face of injustice!

Dated February 5th, 2024    Signed by Todd Michael Schultz in Pro Per

MOTION FOR JUDICIAL NOTICE