TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

```
FILED
CLERK, U.S. DISTRICT COURT
2/6/24
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY
```

### DISTRICT COURT OF CALIFORNIA
### COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

MICHAEL C. THOMPSON
GREGORY R. HOLMES
YOUTUBE LLC.

2:23-cv-10759-JAK-MRW

AFFIDAVIT AND VERIFICATION OF SUPPORT OF CONOR TUCKER'S FILING (ECF #27)

## MEMORANDUM

1.) Mr. Conor Tucker apropos of my seeking summons issuance in this matter, which was only delayed by my many other court cases and my thriving presidential campaign - which is being obscured by the defendant's parent company Google LLC in staggering fashion (nothing about any of the cases appear in the news feed of Google - this is strange as these lawsuits would appear to be newsworthy in the highest order in my opinion). I wrote the emails Mr. Tucker posted to the docket and I stand by the words I used and statements I made and I reiterate what I have said: Conor Tucker is a vexatious lawyer. He seeks only to damage reputation and cause delays. He has no legal ground to stand on, thus he filed something in blatant ignorance of the matter at hand, and which is protected by LITIGATION PRIVILEGE. I learned about litigation privilege during the original case 2:23-cv-03452-JAK-MRW when Mr. Tucker lied - under the protection of what may be "litigation privilege" (though it is in fact, a lie). I believe Tucker is a threat to the judiciary. His wanton filings lack substance and attention to the matter - which in this case is ongoing major infringement of the works preregistered under PRE000013158.

1

AFFIDAVIT IN SUPPORT AND VERIFICATION OF ECF #27

2.) There is no need to look beyond this preregistration - which covers my YouTube livestreams insofar as they contribute to the overall cause of depicting cyberstalking on YouTube, and my right to assert these works and to be the owner of said works. There is no getting around this registration. It is a matter of law, and the damages are likely to be in the millions, if not tens, or more - due to their willfullness. The contents of ECF #27 also underly that Tucker was aware of the "cyberbullying" - a synonym in this case for "cyberstalking" a Federal Crime, and sought no mediation or remedy for a situation that is grave in nature, stark in terms, and against the law.

3.) I declare under penalty of perjury that the emails posted in ECF #27 attributed to me, Todd Michael Schultz, were written by me, Todd Michael Schultz. I reviewed them and agree with their contents to this day and ask that Mr. Tucker be asked about reasonable information into the cyberstalking of plaintiff at the court's soonest availability. I further attest to the court that no filing was made by myself due to a "bad ruling". The filings were made due to blatant obstruction, imposed absentia, and the staggering and solid evidence underlying a vast system of corruption meant to prevent true and substantial justice from being had throughout California courts, including this District Court of Los Angeles - Central Division. I am prepared to be deposed, to testify or do whatever pleases the court in order to demonstrate that no lawsuit filed pertains to a "disagreement", but far more likely to actual RICO crimes which must be immediately looked into. This is a civic duty that I take very seriously. It is highly unfortunate that I was coerced into filing so many lawsuits, but each suit marks the dots of RICO conspiracy - in all likelihood. One files a lawsuit to receive an "Answer". I want answers. The public wants and requires answers for the advancement of civil law throughout the United States of America and should justice not be served in every matter I have before the court, whether I be denied victory for substantive reason, or that I victor, and light is shed on the darkness that haunts the court system. I declare again, under penalty of perjury everything aforementioned I know to be true to the best of my knowledge.

Dated Tuesday, February 6th 2024     Signed by Todd Michael Schultz in Pro Per